USCA1 Opinion

 

 February 7, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1839 EMIL PRESCOTT DILL, Plaintiff, Appellant, v. UNIVERSITY OF MAINE AT FARMINGTON, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge,  ___________ Boudin and Stahl, Circuit Judges. ______________ ____________________ Emil Prescott Dill on brief pro se. __________________ Vendean V. Vafiades and Nina R. Lavoie on brief for appellee. ___________________ ______________ ____________________ ____________________ Per Curiam. The district court dismissed ___________ plaintiff-appellant's complaint for declaratory relief under 42 U.S.C. 1983, because plaintiff failed to allege a civil rights violation in the defendant's refusal to certify a transcript of his college course work after he defaulted on a student loan. Plaintiff offers no reasoned support for his  1983 claim in this court. Issues raised, but not supported in an appellant's brief are deemed abandoned. Brown v. _____ Trustees of Boston Univ., 891 F.2d 337, 352 (1st Cir. 1989). ________________________ Plaintiff now theorizes that he is entitled to a certified transcript by virtue of Chapter 13 of the Bankruptcy Code. He states that he has filed for bankruptcy protection in a district court in Pennsylvania.1 This 1 claim, and a vague statutory debt collection claim which he also raises for the first time on appeal, are not properly before us because they were not presented below. See United ___ ______ States v. La Guardia, 902 F.2d 1010, 1013 (1st Cir. 1990). ______ __________ The proper forum for a debtor seeking relief in bankruptcy generally is in the district court where his petition has been filed. See 28 U.S.C. 1334(a)(e).  ___ The judgment below is affirmed.  ________  ____________________ 1 Appellant does not seek a stay of this appeal and it is 1 not subject to an automatic stay under 11 U.S.C. 362, because the action was filed by, rather than against, the debtor. See Alpern v. Lieb, 11 F.3d 689, 690 (7th Cir. ___ ______ ____ 1993).  2